**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARLOS HUMBERTO CRUZ, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   Case: 1:15-cv-02050-KBJ |
| | * |
| GOBIND, LLC, ET AL. | * |
| | * |
| DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Carlos Humberto Cruz, through counsel and pursuant to Federal Rule 41 (a)(1)(A)(i), hereby files this Stipulation of Dismissal of Plaintiff's claims against Defendants, with prejudice, and with all parties to bear their own fees and costs.

Date: January 13, 2016

Respectfully submitted,

_____/s_____
Michael K. Amster (Bar No. 1001110)
mamster@zagfirm.com
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20815
Telephone: 301-587-9373
Fax: 301-587-9373

*Counsel for Plaintiff*